Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Christopher J. Bridger
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN LEE WAHSISE,<br><br>Defendant. | 1:23-CR-2041-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 1153, 113(a)(3)<br>Assault with a Dangerous Weapon<br>(Count 1)<br><br>18 U.S.C. §§ 1153, 113(a)(6)<br>Assault Resulting in Serious Bodily Injury<br>(Count 2 |

The Grand Jury charges:

COUNT 1

On or about February 19, 2023, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, ADRIAN LEE WAHSISE, an Indian, assaulted S.A. with a dangerous weapon, to wit: a knife, with intent to do bodily harm in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

INDICTMENT – 1

COUNT 2

On or about February 19, 2023, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, ADRIAN LEE WAHSISE, an Indian, assaulted S.A., and the assault resulted in serious bodily injury in violation of 18 U.S.C. §§ 1153 and 113(a)(6).

DATED this 18 day of July, 2023.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

Christopher J. Bridger
Assistant United States Attorney

INDICTMENT – 2