# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2023

SEAN F. McAVOY, CLERK

**CASE NAME:** ADRIAN LEE WAHSISE          **CASE NO.** 1:23-CR-2041-MKD-1

TOTAL # OF COUNTS: 2          ☑ FELONY          ☐ MISDEMEANOR          ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1153, 113(a)(3) | Assault with a Dangerous Weapon: Knife | CAG for not more than 10 years; and/or a $250,000 fine; not more than 3 years supervised release; restitution; and a $100.00 special assessment. |
| 2 | 18 U.S.C. §§ 1153, 113(a)(6) | Assault Resulting in Serious Bodily Injury | CAG for not more than 10 years; and/or a $250,000 fine; not more than 3 years supervised release; restitution; and a $100.00 special assessment. |
| | 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |