AO 442 (Rev. 11/11) Arrest Warrant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2023

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>ADRIAN LEE WAHSISE<br><br>*Defendant* | )<br>)  Case No.  1:23-CR-2041-MKD-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ADRIAN LEE WAHSISE                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153, 113(a)(3) Assault with a Dangerous Weapon
18 U.S.C. §§ 1153, 113(a)(6) Assault Resulting in Serious Bodily Injury

Date: Jul 19, 2023, 11:31 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 7/19/23, and the person was arrested on *(date)* 7/21/23
at *(city and state)*

Date: 7/21/23

*Arresting officer's signature*

SETH ROSENTHAL SA, FBI
*Printed name and title*