# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. ADRIAN LEE WAHSISE**      **Case No.  1:23-CR-2041-MKD-1**

**Arraignment/Initial Appearance on Indictment:**      **07/21/2023**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Todd Swensen, US Atty |
| | | ☒ | Paul Shelton, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document reviewed in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

The Defendant appeared and acknowledged to the Court that their true and correct name is: ADRIAN LEE WAHSISE.

Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

Defense advised the Federal Defenders has a conflict with this Defendant but will represent him for purposes of today's hearing only.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

USA is not seeking Defendant's detention as he turned himself in today.

**The Court ordered:**
1. The district Standard Conditions and Special Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.
2. No GPS monitoring imposed but Defendant is to have no contact with victim or witnesses in this case.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.

**Detention Hearing:**
**N/A; USA not seeking detention**