# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wahsise, Adrian Lee | Docket No. | 0980 1:23CR02041-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Adrian Lee Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless off whether Defendant has been authorized medical marijuana under state law.

*Order Modifying Conditions of Release dated August 21, 2023 (ECF No. 22)*

**Special Condition #6:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Special Condition #7:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 25, 2023, the conditions of pretrial supervision were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions. On August 21, 2023, Mr. Wahsise was present in Court before Your Honor on a motion to modify his conditions of release. Mr. Wahsise verbally acknowledged an understanding of the additional special conditions imposed (ECF No. 22).

Violation #1: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming fentanyl and cocaine on August 23, 2023.

On August 23, 2023, this officer received several law enforcement contact notifications via email from the Yakima County Sheriff's Office. An incident report was reviewed and per the report, at approximately 2:27 a.m. officers were dispatched to a third party residence surrounding an overdose call. According to the report, officers arrived on the scene and made contact with Mr. Wahsise's brother who advised he had administered one dose of Narcan and did cardiopulmonary resuscitation (CPR) on Mr. Wahsise, as he had stopped breathing. Per the report, Mr. Wahsise refused to be transported to the hospital.

On August 23, 2023, this officer made telephone contact with Mr. Wahsise regarding the above information. This officer directed Mr. Wahsise to report to the probation office. Mr. Wahsise reported as directed and submitted to a random drug test. The sample was sent to Abbott Laboratory for confirmation. Mr. Wahsise admitted to consuming fentanyl and cocaine. He stated he was "in the wrong place at the wrong time," and "missing his friend who had been killed in July 2023." Mr. Wahsise signed a drug use admission form. Mr. Wahsise verbally admitted he overdosed.

PS-8
Re: Wahsise, Adrian Lee
August 28, 2023
Page 2

Violation #2: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on August 23, 2023.

On August 23, 2023, this officer received several law enforcement contact notifications via email from the Yakima County Sheriff's Office. An incident report was reviewed and per the report, at approximately 2:27 a.m. officers were dispatched to a third party residence surrounding an overdose call. According to the report, officers arrived on the scene and made contact with Mr. Wahsise's brother who advised he had administered one dose of Narcan and did CPR on Mr. Wahsise, as he had stopped breathing. Per the report, Mr. Wahsise refused to be transported to the hospital.

On August 23, 2023, this officer made telephone contact with Mr. Wahsise regarding the above information. This officer directed Mr. Wahsise to report to the probation office. Mr. Wahsise reported as directed and admitted to consuming alcohol on August 23, 2023. He stated he was "in the wrong place at the wrong time," and "missing his friend who had been killed in July 2023." Mr. Wahsise signed a drug and alcohol use admission form.

Violation #3: Mr. Wahsise is alleged to be in violation of his pretrial release by failing to attend substance abuse treatment on August 23, 2023, as directed.

On August 23, 2023, Mr. Wahsise reported to the probation office after overdosing on alcohol, fentanyl, and cocaine that morning. This officer made telephone contact with his treatment provider at the Yakama Nation Tiinawit program to advise of the overdose and Mr. Wahsise's admission. Per the counselor, Mr. Wahsise needed to attend his treatment group as directed on the evening of August 23, 2023, so she could meet with him, reassess him for a higher level of care and update his treatment plan. This officer verbally told Mr. Wahsise during the office visit, he needed to attend treatment later that evening. Mr. Wahsise advised he would attend; however, asked if he could go to the mountains for ceremonial purposes until Monday, August 28, 2023, after group with his family. This officer approved the request.

On August 28, 2023, this officer made telephone contact with Mr. Wahsise. He admitted he did not attend his treatment group on August 23, 2023, as he was an hour late. He stated his sister had "business in Yakima with her child." Mr. Wahsise stated he did call his counselor and let her know. Mr. Wahsise is to be attending substance abuse treatment every Wednesday evening.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   August 28, 2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

August 28, 2023

Date