UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wahsise, Adrian Lee | Docket No. | 0980 1:23CR02041-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Adrian Lee Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

***Order Granting Defendant's Motion to Reopen Detention Hearing dated December 6, 2023 (ECF No. 38)***

<u>Additional Special Conditions of Release #4:</u> Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 25, 2023, the conditions of pretrial supervision were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions.

On August 21, 2023, Mr. Wahsise was present in court before Your Honor on a motion to modify his conditions of release. Mr. Wahsise verbally acknowledged an understanding of the additional special conditions imposed (ECF No. 22).

On December 6, 2023, Mr. Wahsise appeared before Your Honor on a motion to reopen detention hearing after having completed inpatient treatment. Additional special conditions were imposed, to include no alcohol consumption. Mr. Wahsise reviewed and signed ECF No. 38, acknowledging an understanding of his conditions on December 11, 2023.

<u>Violation #1</u>: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on or before December 14, 2023.

On December 15, 2023, this officer received a text message, including a picture, from the clean and sober house manager where Mr. Wahsise resides. According to the house manager's text message, he advised Mr. Wahsise had been consuming alcohol the night prior (December 14, 2023). Per the text message: "He passed out on the couch last night and around 4 a.m., I went down there and found Adrian face down in the carpet feet still on the couch. This is his current position." The picture depicted Mr. Wahsise fully dressed sprawled out on the floor with one hand on his chest, the other out to his side, wallet underneath his right leg, his shoes and hat near his body, and both knees bent.

This officer attempted to contact Mr. Wahsise via his cellular telephone without success. This officer then made telephone contact with his mother and requested he report to the probation office on December 18, 2023, by 10 a.m. Additionally, this officer notified his mother of the situation.

On December 18, 2023, Mr. Wahsise reported to the probation office as directed. Mr. Wahsise admitted to consuming alcohol and that he had "messed up." According to Mr. Wahsise, he met with his attorney on December 14, 2023, and became "stressed out" regarding his pending federal case. Mr. Wahsise admitted he went out with some old associates when he should not have. A random drug and alcohol test was collected while Mr. Wahsise was at the probation office, which site tested negative for controlled substances. The sample was sent to Abbott Laboratory for alcohol testing. Results returned negative from the laboratory for alcohol.

Re: Wahsise, Adrian Lee
January 4, 2024
Page 2

Since Mr. Wahsise's relapse, he has remained at the clean and sober house and has not left according to the house manager. He has been consistently attending his substance abuse treatment groups, sober support meetings in the community, and all random drug and alcohol tests submitted have been negative.

Mr. Wahsise acknowledged the need for treatment and has expressed a desire to receive help to better himself. He understands the consequences of any similar continued behavior may ultimately result in going before the Court. He was encouraged to make good choices that will keep him on the successful track he is currently on.

This officer respectfully recommends no action be taken at this time. Should Mr. Wahsise continue to violate any of his conditions of pretrial release, he will be referred to the Court for corrective action.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 01/04/2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom* (signature)

Signature of Judicial Officer

January 5, 2024

Date