Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN LEE WAHSISE,<br><br>Defendant. | 1:23-CR-2041-MKD<br><br>SUBSTITUTION OF COUNSEL FOR THE UNITED STATES |

Courtney R. Pratten, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America replacing Christopher J. Bridger.

DATED January 11, 2024.

Vanessa R. Waldref
United States Attorney

s/ Courtney R. Pratten
COURTNEY R. PRATTEN
Assistant United States Attorney

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES          1

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record.

s/ Courtney R. Pratten
COURTNEY R. PRATTEN
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901