UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Wahsise, Adrian Lee | Docket No. | 0980 1:23CR02041-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Adrian Lee Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

*Motion to Reopen Detention and Modify Conditions of Release dated December 6, 2023 (ECF No. 38)*.

**Additional Special Condition #4:** Defendant shall abstain totally from the use of alcohol.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 25, 2023, the conditions of pretrial supervision were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions.

On August 21, 2023, Mr. Wahsise was present in court before Your Honor on a motion to modify his conditions of release. Mr. Wahsise verbally acknowledged an understanding of the additional special conditions imposed (ECF No. 22).

On December 6, 2023, Mr. Wahsise was present in court before Your Honor on a motion to reopen detention hearing after completing inpatient treatment. The Court imposed additional conditions of pretrial release (ECF No. 38). Mr. Wahsise signed the above-noted order acknowledging an understanding on December 11, 2023.

**Violation #1**: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on or before January 14, 2024.

On January 15, 2024, this officer received a text message from the manager at the clean and sober house where Mr. Wahsise resides. Per the manager's text: "So, unfortunately Adrian was drinking again and possibly was involved in a fight at the house on 1-14-24, I have not said anything to him I figured I would let you know, but he is going to be evicted. Well it's now 1-15-24 and he is drunk again."

This officer asked for clarification regarding what occurred. Per the house manger, via text message: "On 1-14-24 at 2AM I was called and informed that Adrian and 2 other residents were drinking and fighting. At about 2:20 AM, I arrived at the house to find Adrian and 2 others so intoxicated that they could barely walk. I could smell the alcohol on them. Adrian's hand had blood on it and one of his Knuckles were bleeding. I asked him if he had been drinking he told me that he had been and he was sorry. On 1-15-24 around 1PM I was woke up by extremely loud music and yelling I went to Adrian's room and found him stumbling around in his room yelling at his roommate I could smell the alcohol. I asked him if he had been drinking again and he told me yes and started to apologize."

**Violation #2**: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on or before January 15, 2024.

Refer to supporting evidence noted in violation number 1.

PS-8
Re: Wahsise, Adrian Lee
January 16, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 16, 2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

January 16, 2024
Date