UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Wahsise, Adrian Lee | Docket No. | 0980 1:23CR02041-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Adrian Lee Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

*Motion to Reopen Detention and Modify Conditions of Release dated December 6, 2023 (ECF No. 38)*.

**Additional Special Condition #4:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 25, 2023, the conditions of pretrial supervision were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions.

On August 21, 2023, Mr. Wahsise was present in court before Your Honor on a motion to modify his conditions of release. Mr. Wahsise verbally acknowledged an understanding of the additional special conditions imposed (ECF No. 22).

On December 6, 2023, Mr. Wahsise was present in court before Your Honor on a motion to reopen detention hearing after completing inpatient treatment. The Court imposed additional conditions of pretrial release (ECF No. 38). Mr. Wahsise signed the above-noted order acknowledging an understanding on December 11, 2023.

**Violation #3**: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on January 16, 2024.

This officer made telephone contact with Mr. Wahsise in the early morning of January 16, 2023, and directed him to report to the probation office. This officer also made telephone contact with his mother who advised she would transport him to the probation office. Upon arrival at the probation office, this officer could smell alcohol emitting from Mr. Wahsise while talking with him. This officer also observed he was slurring his words and his eyes were blood shot. This officer asked Mr. Wahsise if he had been consuming alcohol on January 16, 2024. He confirmed he had. This officer also asked his mother if she was aware he had been consuming alcohol this date and she advised "yes."

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING ALLEGATIONS  BEFORE THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    January 16, 2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8
Re: Wahsise, Adrian Lee
January 16, 2024
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

January 17, 2024
Date