UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Wahsise, Adrian Lee | Docket No. | 0980 1:23CR02041-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Adrian Lee Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

Order Following Status Conference and Modifying Conditions of Release, ECF No. 22, dated August 21, 2023.

**Additional Special Condition #7:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 25, 2023, the conditions of pretrial supervision were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions.

On August 21, 2023, Mr. Wahsise was present in Court before Your Honor on a motion to modify his conditions of release. Mr. Wahsise verbally acknowledged an understanding of the additional special conditions imposed (ECF No. 22).

On December 6, 2023, Mr. Wahsise was present in Court before Your Honor on a motion to reopen detention hearing after completing inpatient treatment. The Court imposed additional conditions of pretrial release (ECF No. 38). Mr. Wahsise signed the above-noted order acknowledging an understanding on December 11, 2023.

On January 16, 2024, the Court issued a warrant for continued violations and Mr. Wahsise was arrested (ECF No. 50).

On January 22, 2024, Mr. Wahsise was present in Court before Your Honor for an initial appearance on pretrial release violations. Mr. Wahsise was detained pending an inpatient treatment bed date.

On February 7, 2024, Mr. Wahsise was released to Northwest Indian Treatment Center (NWITC) for inpatient treatment.

On March 5, 2024, Mr. Wahsise's motion to reopen detention and release from inpatient treatment back into the community onto previously imposed conditions was granted by the Court (ECF No. 68).

He successfully completed inpatient treatment on March 23, 2024.

**Violation #1**: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on or before March 24, 2024.

On March 23, 2024, Mr. Wahsise completed inpatient treatment at NWITC for a second time. His mother picked him up in Elma, Washington, and transported him to the Kennedy House, a clean and sober living residence located in Yakima, Washington.

On March 25, 2024, at 8:30 a.m. this officer sent a text message to Mr. Wahsise asking him if he was settled into the clean and sober house. He replied "yes." This officer directed Mr. Wahsise to report to the office on March 26, 2024.

Re: Wahsise, Adrian Lee
March 25, 2024
Page 2

On March 25, 2024, at 11:15 a.m. this officer received a call from the house manager of the Kennedy House. He stated Mr. Wahsise arrived at the house on March 23, 2024, as directed. He stated on March 24, 2024, Mr. Wahsise asked him if he could go to the lower valley to visit family. Per the house manger, he granted Mr. Wahsise permission. According to the house manager, several residents called him at 9 p.m. on March 24, 2024, and stated Mr. Wahsise was dropped off at the house "sloppy drunk" by his sister. The house manager stated the residents said the female was between 13 and 14 years old and stated she was his sister. Per the house manager, he then arrived at the house around 10 p.m. to find Mr. Wahsise "passed out drunk sitting straight up in the kitchen on the floor." He stated he tried to "revive" him several times, but he was "unresponsive." He stated the kitchen was a mess and there was a bag of popcorn spilled all over the floor. He stated he was able to get Mr. Wahsise to wake up several minutes later and he observed him slurring his words and he "reeked of alcohol." Per the house manger, Mr. Wahsise admitted to drinking as he had gotten into a fight with his girlfriend. The house manager stated he told Mr. Wahsise he could not remain at the house and evicted him. The house manger stated he and two other residents put Mr. Wahsise into his personal vehicle and transported him to an address in Yakima, Washington, where Mr. Wahsise stated his aunt lived.

On March 25, 2024, this officer made telephone contact with Mr. Wahsise's mother. She stated her friend (who Mr. Wahsise refers to as his aunt) contacted her and confirmed Mr. Wahsise was at her residence last night and today and had been drinking. Per his mother, Mr. Wahsise was taken by her friend to the clean and sober house to pick up his belongings.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on    March 25, 2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ] Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

March 25, 2024

Date