UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Wahsise, Adrian Lee | Docket No. | 0980 1:23CR02041-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Adrian Lee Wahsise, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

Order Following Status Conference and Modifying Conditions of Release, ECF No. 22, dated August 21, 2023.

**Additional Special Condition #7:** Defendant shall abstain totally from the use of alcohol.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 25, 2023, the conditions of pretrial supervision were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions.

On August 21, 2023, Mr. Wahsise was present in court before Your Honor on a motion to modify his conditions of release. Mr. Wahsise verbally acknowledged an understanding of the additional special conditions imposed (ECF No. 22).

On December 6, 2023, Mr. Wahsise was present in court before Your Honor on a motion to reopen detention hearing after completing inpatient treatment. The Court imposed additional conditions of pretrial release (ECF No. 38). Mr. Wahsise signed the above-noted order acknowledging an understanding on December 11, 2023.

On January 16, 2024, the Court issued a warrant for continued violations and Mr. Wahsise was arrested (ECF No. 50).

On January 22, 2024, Mr. Wahsise was present in court before Your Honor for an initial appearance on pretrial release violations. Mr. Wahsise was detained pending an inpatient treatment bed date.

On February 7, 2024, Mr. Wahsise was released to Northwest Indian Treatment Center (NWITC) for inpatient treatment.

On March 5, 2024, Mr. Wahsise's motion to reopen detention and release from inpatient treatment back into the community onto previously imposed conditions was granted by the Court (ECF No. 68).

He successfully completed inpatient treatment  on March 23, 2024.

On March 25, 2024, the Court issued a warrant for continued violations (ECF No. 70).  Mr. Wahsise was arrested on the warrant March 26, 2024.

**Violation #2**: Mr. Wahsise is alleged to be in violation of his pretrial release by consuming alcohol on or before March 26, 2024.

On March 26, 2024, Mr. Wahsise reported to the probation office as directed. He was arrested on the above-noted warrant. After his arrest, this officer spoke with his mother. Per his mother, Mr. Wahsise has been staying with her friend  in Yakima, Washington, since his eviction from the clean and sober house on March 24, 2024. She advised prior to reporting to the courthouse on March 26, 2024, her friend (whom Mr. Wahsise refers to as his aunt) called her on the telephone and told her

Re: Wahsise, Adrian Lee
March 26, 2024
Page 2

while she was at a doctor's appointment, Mr. Wahsise went to a nearby convenience store and purchased alcohol. Per his mother, when her friend arrived back to her home from the appointment, she "could tell he had been drinking." Mr. Wahsise's mother also shared, prior to coming into the federal building to surrender, he admitted to her he had been drinking beer. His mother further stated she is concerned as Mr. Wahsise was making suicidal statements on his way to the probation office.

On March 26, 2024, this officer met with Mr. Wahsise in the United States Marshals (USM) holding cell. Mr. Wahsise was, in fact, intoxicated. He was slurring his words and kept telling this officer "my mind isn't right." This officer asked if he had consumed alcohol this same morning; he stated "yes." This officer asked if he had gone to the convenience store while his "aunt" was at her doctor's appointment, purchased alcohol and consumed it; he stated "yes."

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING ALLEGATIONS BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on    March 26, 2024

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 26, 2024

Date