PROB 12C
(6/16)

Report Date: September 3, 2026

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2026

SEAN F. MCAVOY, CLERK

ECF No. 115

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian Lee Wahsise — Case Number: 0980 1:23CR02041-MKD-1

Address of Offender: [redacted] Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 8, 2024

Original Offense: Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 and 113(a)(6)

Original Sentence: Prison - 36 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Courtney Pratten

Date Supervision Commenced: January 29, 2026

Defense Attorney: Kenneth D Therrien

Date Supervision Expires: January 28, 2029

---

### PETITIONING THE COURT

To issue a summons.

On January 30, 2026, supervised release conditions were reviewed and signed by Mr. Wahsise acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Wahsise is considered to be in violation of his supervised release conditions by committing assault domestic violence on or about August 23, 2026.

Per Yakama Nation Police Department incident report number 26-005188, on August 23, 2026, Mr. Wahsise was arrested for assault and battery, and resisting arrest.

On this date, Yakama Nation police officers were dispatched to Mr. Wahsise's residence, [redacted] Wapato, Washington, in regard to a domestic dispute. Upon their arrival, a male was contacted outside of the apartment and he stated that his mother and her boyfriend, later identified as Mr. Adrian Wahsise, were arguing and he was attempting to return inside the residence. While talking to the male, the officers heard the sound of female yelling. The male took officers to where his mother was. The officers then observed Mr. Wahsise standing in a bladed stance and displaying pre-assault indicators; he began walking toward law enforcement.

Mr. Wahsise was observed holding a kitchen knife in his left hand. He was given verbal commands to drop the knife and complied, and then began walking back to the apartment. Mr. Wahsise subsequently approached a female subject. At this time, the circumstances surrounding the incident were not fully known and the involved parties were separated and contacted individually to determine what had occurred.

The female victim stated she had been punched in the face with a closed fist and Mr. Wahsise forcibly choked her. She also stated she and Mr. Wahsise lived together and were in a romantic relationship.

Based on this information, an officer approached Mr. Wahsise and advised him that he was being placed under arrest for domestic charges. Mr. Wahsise had a heavy slurred speech, bloodshot eyes, and appeared intoxicated.

The officer noted Mr. Wahsise had lost his right hand in a fireworks-related incident. Due to this injury, he was unable to successfully apply handcuffs to both of Mr. Wahsise's wrists. The officer attempted to escort him to the police vehicle, but Mr. Wahsise continuously stopped walking. The officer advised Mr. Wahsise to not resist and to continue walking to the vehicle. Mr. Wahsise continued to resist by pushing and pulling away from officer.

Due to Mr. Wahsise's continued physical resistance, three officers were required to use physical force to place him into the rear seat of a police vehicle and secure him. Mr. Wahsise was transported to the Yakama Nation Correctional Facility. Upon arrival at the facility, Mr. Wahsise provided a voluntary breath sample to jail staff, which showed a result of 0.232.

2 **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Wahsise is considered to be in violation of his supervised release conditions by consuming alcohol on or about August 23, 2026.

Please refer to supporting evidence in violation number 1, noted above.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 3, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

9/4/2026

Date